UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MANHASSET SPECIALTY CO., INC.,<br><br>                    Plaintiff,<br><br>        v.<br><br>MUSIC PEOPLE, INC., doing business as On-Stage Stands,<br><br>                    Defendant. | NO:  1:15-CV-3044-TOR<br><br>ORDER OF DISMISAL WITHOUT PREJUDICE |

BEFORE THE COURT is Plaintiff's Notice of Dismissal (ECF No. 5). Plaintiff filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) on July 20, 2015.  Because Defendant has neither filed an answer nor moved for summary judgment, Plaintiff has an absolute right to voluntarily dismiss this case.  Fed. R. Civ. P. 41(a)(1)(A)(i).

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

All claims and causes of action in this matter are **DISMISSED** without prejudice and without costs or fees to any party.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

**DATED** July 21, 2015.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 2